Rose La Point *vs.* James M. Pendleton, T. T.

JULY 29, 1938.

PRESENT: Flynn, C. J., Moss, Capotosto, Baker and Condon, JJ.

PER CURIAM. After the filing of our opinion herein, the petitioner, by leave of court, filed a motion for reargument. This motion has been given careful consideration by us and, as it contains no matter which was not fully considered and passed upon before the opinion herein was filed, the motion for reargument is denied and dismissed.